IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE CRECY, | No. C 03-3703 JSW (PR) |
| Petitioner, | **ORDER GRANTING LEAVE TO AMEND, DIRECTING RESPONDENT TO FILE SUPPLEMENTAL RESPONSE AND INSTRUCTIONS TO THE CLERK** |
| vs. | |
| D.L. RUNNELS, | |
| Respondent. | (Docket No. 10) |

Petitioner, a prisoner of the State of California confined at the High Desert State Prison filed a pro se habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. On September 26, 2003, this Court ordered Respondent to show cause why the petition should not be granted. On October 29, 2003, Respondent filed a response to the petition. On November 4, 2005, Petitioner filed an amended petition containing an additional claim and a motion to amend the petition. Petitioner alleges that the claims raised therein have been fully exhausted in the state courts. Liberally construed, it appears from the face of the petition that the additional claims are cognizable in a federal habeas action. Accordingly, motion to amend the petition is GRANTED (docket no. 10) and Respondent is ordered to respond to the additional claims in the petition, identified therein as claim three, as set forth below.

The Clerk shall serve a copy of this order and the amended petition, docket number 10, and all attachments thereto, on Respondent. The Clerk also shall serve a copy of this order on Petitioner.

Respondent shall file with the Court and serve on Petitioner, within **thirty (30)** days of the issuance of this order, a supplemental answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted as to Petitioner's claim three. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **fifteen (15)** days of his receipt of the answer.

Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30)** days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)** days of receipt of any opposition.

IT IS SO ORDERED.

DATED: April 5, 2006

JEFFREY S. WHITE
United States District Judge

2